In re EHRLICH. (Supreme Court, Appellate Division, First Department. April 1, 1915.) In the matter of William Ehrlich. No opinion. Respondent disbarred. Settle order on notice.

EICHLER, Appellant, v. FISCHER, Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Lillie J. Eichler, as administratrix, against August Fischer. E. M. Hawkins, of New York City, for appellant. H. Amster, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EITINGON, Appellant, v. WILLIAMSBURGH CITY FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Waldemar Eitingon, as trustee, etc., against the Williamsburgh City Fire Insurance Company. C. J. Heermance, of New York City, for appellant. R. J. Fox, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ELECTRA TOY & NOVELTY CO., Appellant, v. SIMON et al., Respondents. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the Electra Toy & Novelty Company against Jennie S. Simon and others. E. W. Hatch, of New York City, for appellant. L. Oppenheimer and A. Blumenstiel, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ELIAS v. BAND. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Annie Elias against Morris Band and others. No opinion. Orders of the County Court of Kings County reversed, with $10 costs and disbursements, and motion denied, without costs, on authority of Dazian v. Meyer, 66 App. Div. 575, 73 N. Y. Supp. 328.

EMIG, Appellant, v. ALBRECHT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Charles P. Emig, Jr., against William F. Albrecht and another. No opinion. Judgment affirmed, with costs.

ENGEL et al. v. SHUBERT THEATRICAL CO. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Alexander Engel and another against the Shubert Theatrical Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 593.

EPSTEIN, Appellant, v. WERBELOVSKY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Annie Epstein against Rebecca Werbelovsky and others. No opinion. Judgment and order affirmed, with costs payable by the plaintiff appellant to the respondents Werbelovsky. See, also, 149 N. Y. Supp. 1080.

EQUITABLE TRUST CO. OF NEW YORK v. BESSLING. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the Equitable Trust Company of New York against John E. Bessling. No opinion. Application denied, with $10 costs. Order signed.

ERMAN v. GREAT CENTRAL PALACE CO. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Samuel Erman against the Great Central Palace Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 N. Y. Supp. 481.

ESTABROOK, Appellant, v. BULLARD, Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Proceeding in the matter of the final accounting in the estate of William N. Estabrook, deceased, against Charles F. Bullard.

PER CURIAM. Decree affirmed, with costs.

SMITH, P. J., not voting.

EVANS, Respondent, v. SILABY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Eleanor S. Evans against George W. Silaby and others. No opinion. Order affirmed, with $10 costs and disbursements.

FABBRI, Appellant, v. MAYER et al., Respondents. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Edith Fabbri against Anna C. Mayer and others. M. E. Ingalls, of New York City, for appellant. S. F. Moran and G. N. Whittlesey, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FAIRCHILD v. SCARSDALE ESTATES et al. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by Josephine M. Fairchild against the Scarsdale Estates, the White Plains Development Company, the Guardian Trust Company, as trustee, and others. No opinion. Motion denied, with $10 costs. See, also, 150 N. Y. Supp. 1085; 151 N. Y. Supp. 1042, 1114.

FAMOBROSIS SOCIETY v. ROYAL BENEFIT SOCIETY. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by the Famobrosis Society against the Royal Benefit Society. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 152 N. Y. Supp. 84.

FANNING et al. v. BELLE TERRE et al. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by Orange